ORIGINAL

FILED-USDC-NDTX-DA
'26 JUL 8 PM2:11
JJF

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS

DALLAS DIVISION

UNITED STATES OF AMERICA

v.

DEMETRIA RODRIGUEZ

NO.

3-26CR-361-E

# INDICTMENT

The Grand Jury charges:

Count One

Forcibly Assaulting a Federal Officer

(Violation of 18 U.S.C. §§ 111(a)(1))

On or about June 17, 2026, in the Dallas Division of the Northern District of Texas, the defendant, **Demetria Rodriguez**, did knowingly and intentionally, forcibly assault Adult Victim[1] (AV), a person then employed as an Assistant United States Attorney with the Department of Justice, while AV was engaged in the performance of her official duties, and caused physical contact.

In violation of 18 U.S.C. §§ 111(a)(1).

[1] The grand jury is aware of the identity of the adult victim

A TRUE BILL:

FOREPERSON

RYAN RAYBOULD

UNITED STATES ATTORNEY

Ashley M. Walker, 67175 MO
Assistant United States Attorney
1100 Commerce Street, Third Floor
Dallas, Texas 75242-1699
Telephone: (214) 659-8600
ashley.walker@usdoj.gov

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

---

THE UNITED STATES OF AMERICA

v.

DEMETRIA RODRIGUEZ

---

INDICTMENT

18 U.S.C. §§ 111(a)(1)
Forcibly Assaulting a Federal Officer
(Count 1)

1 Count

---

A true bill rendered

DALLAS FOREPERSON

Filed in open court this 8 day of July, 2026.

**Warrant to be Issued - In State Custody**

UNITED STATES MAGISTRATE JUDGE
Magistrate Court Number: 3:26-MJ-747-BW